IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH WAYNE JONES,
                          Appellant,
vs.
THE STATE OF NEVADA,
                          Respondent.

No. 85625

**FILED**

NOV 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

These are pro se notices of appeal from an order revoking probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order revoking probation and amended judgment of conviction on August 11, 2022. Appellant did not file the notices of appeal, however, until November 1, 2022, and November 8, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court concludes that it lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

22-36772

cc: Hon. Christy L. Craig, District Judge
Joseph Wayne Jones
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A